UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID B. LINDNER,
PATRICIA S. MAZZEI LINDNER, and
JAMES CAMBRIDGE,

      Plaintiffs,

vs.                                         Case No. 2:09-cv-13393-PDB-MJH
                                            HON. Paul D. Borman

LAKERIDGE CONDOMINIUM
ASSOCIATION, a Michigan
non-profit corporation, and
MICHIGAN CONDOMINIUM
MANAGEMENT, a Michigan corporation,

      Defendants.
_____
John A. Obee (P29216)
WOOD, KULL, HERSCHFUS, OBEE & KULL
Attorneys for Plaintiffs
37000 Grand River Avenue, Suite 290
Farmington Hills, MI  48335
(248) 476-2000
_____

## ORDER OF DISMISSAL

      At a session of said Court held in the Courthouse in the City of Detroit, County of Wayne, State of Michigan on _____February 16___, 2010

      PRESENT:  HON.  _PAUL D. BORMAN_____
                                U. S. DISTRICT  COURT JUDGE

     This matter having come before the Court, no answer having been filed, a full settlement having been reached, the Court having reviewed the file and for good cause shown:

     NOW THEREFORE;

IT IS HEREBY ORDERED that this case is dismissed as to all parties, with prejudice and without costs and attorney fees.

This is a final Order and resolves the last pending issues before this Court.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 16, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 16, 2010.

s/Denise Goodine
Case Manager
